83 F.3d 421
 Odeco Oil and Gas Company, Drilling Division, Odeco Drilling
Services, Inc.
v.
David J. Bonnette, Juan M. Porras, Ottis L. Robbins, Henry
Brumfield, Joel Thompson, Shell Oil Company, Shell Offshore
Inc., Liverpool & London P & I Club, Louis A. Gerdes, Jr.,
Whittaker Corporation (2 Cases)
 NO. 95-30041
 United States Court of Appeals,
Fifth Circuit.
 Mar 21, 1996
 E.D.La., 74
 F.3d 671
 
 1
 DENIALS OF REHEARING EN BANC.